UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 07699
   HOPE THURMOND
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2938

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 02/27/2004 and was confirmed 04/14/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

   The case was dismissed after confirmation 05/14/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED | 7300.00 | 4308.87 | 3570.52 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 7779.27 | .00 | .00 |
| RENT A CENTER | SECURED | 150.00 | .00 | 86.85 |
| RENT A CENTER | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 494.86 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 241.15 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 565.79 | .00 | .00 |
| CARD SERVICES | UNSECURED | 2795.07 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| MCI | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 388.33 | .00 | .00 |
| NATIONAL ASSET SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA FINANCE | UNSECURED | 127.00 | .00 | .00 |
| PLAZA FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1735.75 | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 7442.54 | .00 | .00 |
| B-FIRST LLC | UNSECURED | 28.62 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 521.36 | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 691.40 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,630.20 | | 2,630.20 |
| TOM VAUGHN | TRUSTEE | | | 640.71 |
| DEBTOR REFUND | REFUND | | | 12.85 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 11,250.00 | |
| PRIORITY | | .00 |
| SECURED | | 3,657.37 |

            PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 07699 HOPE THURMOND

```
      INTEREST                                        4,308.87
UNSECURED                                                  .00
ADMINISTRATIVE                                        2,630.20
TRUSTEE COMPENSATION                                   640.71
DEBTOR REFUND                                           12.85
                          ---------------    ---------------
TOTALS                       11,250.00          11,250.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn

Dated: 07/23/08                 _____

                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 07699 HOPE THURMOND